

FILED

09/08/2020

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 19-0604

# IN THE SUPREME COURT OF THE STATE OF MONTANA

## DA 19-0604

CITY OF GREAT FALLS,

Plaintiff and Appellee,

v.

JASON BRYAN MARTIN,

Defendant and Appellant.

FILED

SEP 04 2020

Bowen Greenwood
Clerk of Supreme Court
State of Montana

ORDER

Upon consideration of Appellant's motion for an extension of time, and good cause appearing,

IT IS HEREBY ORDERED that Appellant is granted an extension of time to and including October 7, 2020, within which to file his reply brief.

No further extensions will be granted.

DATED this ___ day of September, 2020.

For the Court,

By _____
Chief Justice